IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR MATTHEWS, : | |
|     Plaintiff : | |
|     v. : | Case No. 3:23-cv-202-KAP |
| Ms. WITT, *et al.*, : | |
|     Defendants : | |

<u>Memorandum Order</u>

In the Summer of 2023, plaintiff Jamar Matthews, an inmate at S.C.I. Laurel Highlands, began filing pleadings that have now been docketed as three civil complaints at <u>Matthews v. Good</u>, Case No. 3:23-cv-147-KAP (W.D.Pa.), <u>Matthews v. Witt</u>, Case No. 3:23-cv-202-KAP (W.D.Pa.) (this case) and <u>Matthews v. Fraley</u>, Case No. 3:23-cv-203-KAP (W.D.Pa.).

In this case, I granted Matthews' motion to proceed *in forma pauperis* and ordered that when he provided nine copies of the complaint and directions for service, the Marshal would serve the complaint on the defendants (Witt, Creveling, Shoff, Hainsworth, Varner, Schrock, Hollabaugh, Hoover, and Price). The Complaint was docketed at ECF no. 11.

Matthews has now sent in service copies, but they differ slightly from the Complaint at ECF no. 11. A plaintiff can amend a complaint without leave of court in some circumstances, and can amend the complaint with leave of court in other circumstances, but a plaintiff cannot file one version of the complaint and serve another version.

Plaintiff shall file a motion to amend his complaint. When he does, I will grant it and the version he sent as his service copies will be the Amended Complaint, and then I will order service of that version on the defendants.

DATE: October 17, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Jamar Matthews MB-2588
S.C.I. Laurel Highlands
5706 Glades Pike
Somerset, PA 15501