IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR MATTHEWS, | : |
|     Plaintiff | : |
|        v. | : Case No. 3:23-cv-202-KAP |
| Ms. WITT, *et al.*, | : |
|     Defendants | : |

### Memorandum Order

In February 2025 I wrote that "[u]nless amended by order of court the pretrial schedule already ordered in my December 11, 2024 memorandum order at ECF no. 24 remains in effect." ECF no. 40.

Since then defendants filed a motion to dismiss at ECF no. 45, to which plaintiff Matthews replied at several pleadings from ECF no. 47 to ECF no. 54. Since there is a pending motion to dismiss that has been briefed, I will either set a new discovery schedule or the issue of discovery will be moot when I rule on the motion. In the meantime discovery is stayed.

DATE: April 29, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Jamar Matthews MB-2588
S.C.I. Laurel Highlands
5706 Glades Pike
Somerset, PA 15501